will be found under 11 Tex.Digest, Criminal Law, ▇▇▇ p. 836.

In my opinion, the conclusion of my brethren not only does violence to that rule but completely destroys it, because, outside of what the appellant told the alleged accomplice and the statement he made to the county attorney, there is not a line of testimony from any source, or from any person, that any automobile tires were stolen from anybody at any time or at any place.

The alleged owner of the tires did not testify in the case. If any tires were stolen from him, he did not so testify. No witness identified the allegedly stolen tires as having been taken from the possession of the alleged owner without his consent.

I respectfully dissent not only to the affirmance of this case but to the destruction of the rule of law mentioned.

No attorney for appellant of record on appeal.

Leon B. Douglas, State's Atty., Austin, for the State.

**PER CURIAM.**

The offense is felony theft; the punishment, 6 years in the penitentiary.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.